IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Adrian C. Arturo,<br><br>    Plaintiff,<br><br>vs.<br><br>Joseph M. Arpaio,<br><br>    Defendant. | No. CIV 05-1840-PHX-FJM (GEE)<br><br>**REPORT AND RECOMMENDATION** |

On June 17, 2005, the plaintiff, a county jail inmate at the Lower Buckeye Jail in Phoenix, Arizona, filed a complaint in this court claiming his civil rights were being violated by his conditions of confinement. On July 14, 2005, this court screened the complaint and ordered commencement of service. In that order, the court specifically warned the plaintiff he must complete service within 60 days of the filing of the screening order or within the 120-day time limit allowed by FED.R.CIV.P. 4(m), whichever is later.

That same day, service packets were sent to the plaintiff for processing. The plaintiff apparently returned the packets, but they were sent again to the plaintiff for a correction. The plaintiff did not return the corrected packets. The time limits for service have passed, and service has not been completed.

1  On January 9, 2006, this court issued an order to show cause why this case should not
2  be dismissed for failure to prosecute. The order to show cause was mailed to the plaintiff,
3  but it was returned as undeliverable.

Recommendation

The Magistrate Judge recommends the District Court, after its independent review of the record, enter an order

DISMISSING this action for failure to prosecute.

Pursuant to 28 U.S.C. §636 (b), any party may serve and file written objections within 10 days of being served with a copy of this report and recommendation.   If objections are not timely filed, the party's right to de novo review may be waived. *See United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir.2003) (en banc). If objections are filed, the parties should direct them to the District Court by using the following case number: CIV 05-1840-PHX-FJM.

The Clerk is directed to send a copy of this report and recommendation to all parties.

DATED this 9th day of February, 2006.

Glenda E. Edmonds
United States Magistrate Judge